# United States District Court
## District of Maryland

06-**-M-01

UNITED STATES OF AMERICA

v.

Kwame M. Reddock

**WARRANT FOR ARREST**

**FILED**
JUN 0 6 2006

Case No. PJM-06-147

TO: The United States Marshal and any Authorized United States Officer

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest Kwame M. Reddock and bring him/her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him/her with (brief description of offense):

Felon in Possession of a Firearm, Possession with Intent to Distribute Cocaine Base

in violation of Title 18, 21 United States Code, Section(s) 922(g)(1), 841

Felicia Cannon
Name of Issuing Officer

(By) Deputy Clerk

Bail fixed at No Recommendation

Clerk, U.S. District Court
Title of Issuing Officer

March 30, 2006    Greenbelt, Maryland
Date and Location

by Jillyn K. Shulze, Chief, United States Magistrate Judge
Name of Judicial Officer

RECEIVED
U.S. MARSHAL
GREENBELT, MD
MAR 30 11 19 AM '06

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 3-30-06 | Name and Title of Arresting Officer Sean McLeod SDUSM | Signature of Arresting Officer Sean McLeod |
|---|---|---|
| Date of Arrest 6-6-06 | | |

U.S. DISTRICT COURT (Rev. 12/95)