

## U.S. Department of Justice

### United States Marshals Service

*District of Maryland*  06 - 262 - M - 01

Baltimore, MD 21201

**TO:**   U. S. Marshals Service, D/Columbia
ATTN: Warrants

**FROM:**   U. S. Marshals Service, D/Maryland
Enforcement Section

**SUBJECT:**  Request for Detainer
Kwame REDDOCK, FID#

**DATE:**   March 29, 2006

**FILED**

JUN 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please take the following action with regard to the enclosed:

___  1. Warrant enclosed for execution. Subject arrested in your district on _____ by _____. Please return with a copy of USM-129 and photograph.

XXX  2. USDC criminal warrant enclosed to be lodged as a detainer against subject, in custody at DC Jail. His DCDC# is _____; PDID# is _____

Please fax a copy of the detainer to me at 410-962-2824.

___  3. If subject is a sentenced prisoner, any request for speedy trial should be returned to the addresses marked on the attached sheet, not to this office.

___  4. Other information/remarks:

Should you have questions, please feel free to call me at 410-962-2517. Thank you for your help and cooperation in this matter.

Sincerely,

*[signature]*

J. A. Badura
Inv. Research Spec.

*6115 U. S. Courthouse, 101 W. Lombard Street, Baltimore, MD 21201; 410-962-2220*