**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: June 7, 2006

**FILED**
**JUL 0 5 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Court
101 West Lombard St.
Baltimore, Md. 21201

RE: 06MG262 (Kwame M. Reddock)

Dear Clerk of the Court:

   Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Req for Detainer | | Order of Removal |
|   | Minute Order Appointing Counsel | | Detention Order |
|   | Corporate Surety Bond | X | Waiver of Removal |
|   | Personal Surety Bond | | |
| X | Other-Blotter dated 6/6/06 | | |

   Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
      Deputy Clerk